UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, acting on, Behalf of the DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br><br>   Petitioner,<br>vs.<br><br>ERIC FELDER, et al.,<br><br>   Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 4:23-mc-00727 SEP<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM AND ORDER

  This matter is before the Court on its own motion. On August 30, 2021, the United States Department of Housing and Urban Development filed a Charge of Discrimination against Respondents Eric Felder, Daniel J. Felder, Andrea Williams, and the Felder Peter King Estate of Ward Protectee, alleging that Respondents refused to rent to Lawrence Chrum and his two children in violation of the Fair Housing Act, 42 U.S.C. § 3601 et seq. On December 9, 2022, an ALJ issued an Initial Decision and Order finding that Respondents had violated the Act, and directing them to pay, jointly and severally, damages totaling $10,200. On May 14, 2024, the U.S. Attorney's Office issued a subpoena to Respondents Andrea Williams and Daniel Felder seeking certain financial information necessary to take collection actions regarding the damages and fines due under the Order. *See* Doc. [25] at 3. The subpoenas required compliance by no later than May 28, 2024. *Id.*

  On May 28, 2024, Respondent Daniel Felder contacted the USAO and asked for and received an extension of time to respond, resulting in a new compliance date of June 3, 2024. *Id*. Respondents Andrea Williams and Daniel Felder nonetheless failed to produce the information and documents requested in the subpoenas by June 3, 2024. *Id*. On June 7, 2024, Petitioner filed a Motion for Order to Show Cause, asking the Court to require Respondents to file a response explaining why they should not be found in contempt for failure to produce the subpoenaed documents and information. *Id*. On June 18, 2024, the Court granted the motion and ordered Respondents Andrea Williams and Daniel Felder to show cause why they should not be found in contempt of Court for failure to comply with the subpoena issued on May 14, 2024. Doc. [33]. On October 21, 2024, Petitioner filed a Notice of Noncompliance, confirming that neither

Andrea Williams nor Daniel Felder had complied with the subpoena or responded to the Show Cause Order.  Doc. [36].  *See* Fed. R. Civ. P. 45(g) ("The court for the district where compliance is required . . . may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.").

A judicial subpoena "command[s] each person to whom it is directed to . . . produce designated documents . . . in that person's possession, custody, or control." Fed. R. Civ. P. 45(a)(1)(A)(iii).  "A person who has been served but fails to comply with the subpoena or an order related to the subpoena 'without adequate excuse' may be held in contempt." *Id*. (citing Fed. R. Civ. P. 45(g)); *Acosta v. La Piedad Corp.*, 894 F.3d 947, 951 (8th Cir. 2018) ("The subpoena is a judicial process, punishable by the judicial remedy of contempt.").

Respondents must appear at a hearing before the undersigned on **April 22, 2025, at 1:00 p.m.** to explain why they should not be found in contempt of Court for failure to comply with the subpoenas issued on May 14, 2024.  If Respondents Andrea Williams and Daniel Felder produce the subpoenaed materials to the Government's satisfaction by no later than **Thursday, April 17, 2025,** Petitioner shall notify the Court of such satisfactory production, and the Court will not require their appearance at the hearing.

Accordingly,

**IT IS HEREBY ORDERED** that Respondents Andrea Williams and Daniel Felder must appear at a hearing in Courtroom 16 North at the Thomas F. Eagleton United States Courthouse, 111 S. 10th Street, St. Louis, Missouri 63102 on <u>**Tuesday, April 22, 2025, at 1:00 p.m.,**</u> at which they must be prepared to show cause why this Court should not hold them in contempt for failure to produce the subpoenaed information and documents.

**IT IS HEREBY FURTHER ORDERED** that if Respondents Andrea Williams and Daniel Felder fail to appear on **Tuesday, April 22, 2025, at 1:00 p.m**, they may be **subject to seizure by the U.S. Marshals**, who will detain them and transport them to this Court.

**IT IS HEREBY FURTHER ORDERED** that if Respondents Andrea Williams and Daniel Felder fail to appear on **Tuesday, April 22, 2025, at 1:00 p.m**, **they will be held in contempt** of Court for refusing to comply with a lawfully issued subpoena, and a **fine of $100.00** per day shall accrue as to each Respondent for each day thereafter that he or she fails to comply with the subpoena at issue in this matter.

**IT IS FINALLY ORDERED** that if Respondents Andrea Williams and Daniel Felder produce to Petitioner the subpoenaed information and documents, to the satisfaction of

Petitioner, by **Thursday, April 17, 2025,** the Court will not require their appearance at the hearing.

Dated this 26th day of March, 2025.

                                                      _____
                                                      SARAH E. PITLYK
                                                      UNITED STATES DISTRICT JUDGE